IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CONSECO LIFE INSURANCE COMPANY, | * * * |
| Plaintiff, | * * |
| vs. | *   No. 4:06cv001378 SWW * * * |
| ERIC WILLIAMS, individually and in his capacity as executor of the Estate of Nikki Williams, Deceased; ELLEN BUCKLEY; and HAROLD WILLIAMS, | * * * * * |
| Defendants. | * |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that the motion for summary judgment of Eric Williams and Harold Williams [doc.#76] be and it hereby is denied and that the motion for summary judgment of Ellen Buckley [doc.#83] be and it hereby is granted.

IT IS SO ORDERED this 17th day of July 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE